IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON CLARK**                                                                                     **PLAINTIFF**

vs.                                       No. 4:20-cv-1100-LPR

**POLLO, LLC, and ROBERT LEE, JR.**                           **DEFENDANTS**

### PLAINTIFF'S MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 39

Plaintiff Jason Clark moves this Court for an Order amending its previous Order, ECF No. 39, to grant an additional 7.0 hours of billed attorney time totaling $875.00 as reasonably incurred attorneys' fees, for the reasons set forth in the accompanying brief in support of this Motion.

                                                                          Respectfully submitted,

                                                                          **PLAINTIFF JASON CLARK**

                                                                          SANFORD LAW FIRM, PLLC
                                                                          Kirkpatrick Plaza
                                                                          10800 Financial Centre Pkwy, Suite 510
                                                                          Little Rock, Arkansas 72211
                                                                          Telephone: (800) 615-4946
                                                                          Facsimile: (888) 787-2040

                                                                          Colby Qualls
                                                                          Ark. Bar No. 2019246
                                                                          colby@sanfordlawfirm.com

                                                                          Josh Sanford
                                                                          Ark. Bar No. 2001037
                                                                          josh@sanfordlawfirm.com

Page 1 of 1
Jason Clark v. Pollo, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-1100-LPR
Plaintiff's Motion for Limited Reconsideration of Order No. 39