IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON CLARK**                                                                              **PLAINTIFF**

vs.                                           No. 4:20-cv-1100-LPR

**POLLO, LLC, and ROBERT LEE, JR.**                                       **DEFENDANTS**

<u>**EXHIBIT 1 TO MOTION FOR RECONSIDERATION – FILED UNDER SEAL PURSUANT TO ECF NO. 39**</u>

        Respectfully submitted,

        **PLAINTIFF JASON CLARK**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Colby Qualls
        Ark. Bar No. 2019246
        colby@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

Page 1 of 1
Jason Clark v. Pollo, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-1100-LPR
Exhibit 1 to Motion for Reconsideration – Filed Under Seal Pursuant to ECF No. 39