IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON CLARK**                                                                                                      **PLAINTIFF**

vs.                                                     No. 4:20-cv-1100-LPR

**POLLO, LLC, and ROBERT LEE, JR.**                                       **DEFENDANTS**

**<u>BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR
LIMITED RECONSIDERATION OF ORDER NO. 39</u>**

On June 3, 2022, Plaintiff filed a Motion for Costs and Attorneys' Fees. *See* ECF Nos. 35 & 36. On March 29, 2023, this Court entered an Order granting in part and denying in part Plaintiff's Motion, awarding Plaintiffs' counsel $3,584,75 in attorneys' fees and $725.00 in costs. *See* ECF No. 39. In making its ruling, the Court disregarded 7.0 hours of attorney Colby Quall's billed time due to the fact that the descriptions given for these entries were redacted as attorney-client privileged information. *See id.* at pp. 11 & 12.

The Court provided that Plaintiff's counsel could file a Motion for Reconsideration for their request related to vague time entries, and that relevant portions could be submitted *ex parte* and under seal if publicly filing the entries would case privilege issues. *See id. at* p.12, n. 71. As multiple vague entries involve communications with Plaintiff, a copy of a spreadsheet setting forth Plaintiff's counsel's relevant time entries is being provided to the Court *ex parte* and under seal concurrently with the filing of this Motion. The entries provided give more detail regarding the work provided. Due to the fact that it is not ultimately clear to Plaintiff's counsel which specific entries were

Page 1 of 2
Jason Clark v. Pollo, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-1100-LPR
Brief in Support of Plaintiff's Motion for Limited Reconsideration of Order No. 39

disregarded by the Court, a total of 12.6 hours are reflected in the updated billing entries, although only a total of 7.0 hours is sought.

## CONCLUSION

Plaintiff respectfully request that this Court enter an Order modifying its previous Order (ECF No. 39) to award Plaintiff counsel an additional $875.00, and for all other relief to which Plaintiff are entitled.

Respectfully submitted,

**PLAINTIFF JASON CLARK**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Jason Clark v. Pollo, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-1100-LPR
Brief in Support of Plaintiff's Motion for Limited Reconsideration of Order No. 39